## WILLIAM TOWNSEND v. GEORGE MITCHELL.

Supreme Court. July and August, 1792.

*Wilson's Red Book, 1.*

Motion to set aside sheriff's sale of lands because an advertisement was not set up in each hundred of the county. In support of the motion were cited: 1 Body Laws 80, Cowp. 30, 1 Burr. 130, 1 Str. 567.

The sales were set aside.

## LINGO'S LESSEE v. RIGUA, Jr.

Supreme Court. July and August, 1792.

*Wilson's Red Book, 2.*

KILLEN, C. J., JONES and FINNEY, JJ., on three arguments ruled:

First, that a demand of lease, entry, and ouster to be confessed after the plaintiff's title was almost gone through, and the jury was once dismissed and returned next day, was in time.

Second, a warrant printed, without seal, directed to the deputy surveyor, was allowed to go to the jury on solemn argument. *N.B.* Bill of exceptions taken.

Third, that William Shankland's books, *lib.* B, upon proof that they were his, were sufficient evidence of a survey and return, although the signing appeared to be that of his clerk and not his writing. But a copy of the books was refused.